1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                          No.  2:17-cv-01266-TLN-CKD

12            Plaintiff,

13        v.                                 ORDER

14   THOMAS C. HARVIE, et al.,

15            Defendants.

16

17        Plaintiff commenced this disability access case asserting a claim under the Americans

18   with Disabilities Act ("ADA") and related state law claims, and defendants have answered the

19   complaint.

20        In the interest of avoiding the accumulation of fees and costs through potentially

21   unnecessary discovery and motion practice, and to allow the parties sufficient time to pursue an

22   early informal resolution of this matter, IT IS HEREBY ORDERED that:

23        1.  This action is STAYED pending further order of the court.

24        2.  The parties are directed to promptly meet and confer to discuss settlement of this

25            action.  Settlement discussions require focus and preparation and should involve the

26            attorneys who will try the case and the person or persons having full authority to

27            negotiate and settle the case on any terms.  Plaintiff should initiate settlement

28            discussions by providing a written itemization of damages and a meaningful

1    settlement demand that includes an explanation of why the demand is appropriate.

2    Defendant should respond with an acceptance of the offer or with a meaningful

3    counteroffer, and which includes an explanation of why the counteroffer is reasonable.

4    The parties should continue in this way until they reach settlement or have exhausted

5    informal settlement efforts.

6    3.   If the parties have not been able to informally reach a settlement within 45 days, the

7         parties shall initiate participation in the court's Voluntary Dispute Resolution Program

8         ("VDRP") by contacting the court's VDRP administrator, Sujean Park, at (916) 930-

9         4278 or SPark@caed.uscourts.gov.[1]

10   4.   The parties shall carefully review and comply with Local Rule 271, which outlines the

11        specifications and requirements of the VDRP.

12   5.   No later than fourteen (14) days after completion of the VDRP session, the parties

13        shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

14   IT IS SO ORDERED.

15    DATED:  October 25, 2017

16

17                                                        Troy L. Nunley
                                                          United States District Judge
18

19

20

21

22

23

24

25

26   [1] The resources of the VDRP program are limited, and the parties are expected to make good faith efforts to timely and fully exhaust informal settlement efforts prior to initiating participation in
27   the VDRP.  The court will look with disfavor upon parties stalling or failing to participate in the above-mentioned initial informal discussions, prompting potentially unnecessary participation in
28   the VDRP and straining the program's resources.

2