UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**Larry Morales**, in individual and representative capacity as trustee; **The Goodyear Tire & Rubber Company,** an Ohio Corporation; and Does 1-10, <br><br>　　　　Defendants. | CASE No. 2:17-CV-01266-TLN-CKD <br><br> **ORDER GRANTING JOINT STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

## **ORDER**

Pursuant to joint stipulation of the parties, and finding good cause therefore, this Court hereby orders that:

- Plaintiff may file a First Amended Complaint;
- The Answer to the original Complaint filed by the Defendant on August 14, 2017, which answer and defenses were prepared in response to the original complaint, shall be deemed fully responsive to the First Amended Complaint and the defendant does not have to file another Answer.

**IT IS SO ORDERED.**

Dated: January 8, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -
ORDER